No. 1042. NAILLING v. UNITED STATES. May 25, 1942. Motions for leave to file second petitions for rehearing granted. The second petitions for rehearing are denied.

No. —, original. EX PARTE PEDRO E. SANCHEZ TAPIA. May 25, 1942. 315 U. S. 788.

No. 157, October Term, 1939. WEBER v. UNITED STATES. May 25, 1942. 315 U. S. 787.

No. 711. GORMAN, CITY TREASURER, ET AL. v. WASHINGTON UNIVERSITY. May 25, 1942. *Ante,* p. 98.

No. 960. MOSHER v. HUDSPETH, WARDEN. May 25, 1942.

No. 1021. POWELL ET AL., RECEIVERS, v. MARYLAND TRUST CO., SUCCESSOR TRUSTEE; and
No. 1075. NEW YORK TRUST CO., SURVIVING TRUSTEE, v. MARYLAND TRUST CO., SUCCESSOR TRUSTEE. May 25, 1942.

No. 1077. CASSELL v. HOWARD UNIVERSITY. May 25, 1942.

No. 1099. MEREDITH v. AMRINE ET AL. May 25, 1942.

No. 1113. VIATOR v. STATE TAX COMMISSION ET AL. May 25, 1942.

No. 1149. CONTARDI v. SMITH, WARDEN. May 25, 1942.